381 A.2d 910

McKee v. Glenco Presbyterian Children's Village, et al., Appellants.

Argued September 12, 1977. Ralph B. D'Iorio, with him Cramp, D'Iorio, McConchie and Surrick, for appellants; Rodger L. Mutzel, with him Kassab, Cherry, Curran and Archbold, for appellee.

Judgment affirmed.